licitor General Reed, Assistant Attorney General Wideman, and Mr. James W. Morris for the United States.

No. 883. MADISON v. UNITED STATES;
No. 884. STOHL v. SAME;
No. 892. FAULKNER ET AL. v. SAME;
No. 902. BALDWIN ET AL. v. SAME;
No. 903. KELLER ET AL. v. SAME; and
No. 1022. GREEN v. SAME. June 3, 1935. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. William W. Ray for Madison and Stohl. Mr. Albert R. Barnes for Faulkner et al. Mr. J. D. Skeen for Baldwin et al. Mr. Harvey H. Cluff for Keller et al. Mr. John W. Mahan and Frances C. Elge for Green. Solicitor General Reed and Messrs. Harry S. Ridgely and W. Marvin Smith for the United States.

No. 887. UNITED STATES EX REL. TETONIS v. PERKINS, SECRETARY OF LABOR, ET AL. June 3, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. Mr. Ward Bonsall for petitioner. Solicitor General Reed and Messrs. Harry S. Ridgely and W. Marvin Smith for respondents.

No. 914. SECURITY NATIONAL BANK v. NORTH CAROLINA EX REL. STATE HOSPITAL FOR THE INSANE AT RALEIGH. June 3, 1935. Petition for writ of certiorari to the Supreme Court of North Carolina denied. Mr. Willis Smith for petitioner. Mr. I. M. Bailey for respondent.